# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LITTLE ROCK FAMILY PLANNING
SERVICES,** *et al.*                                                                                             **PLAINTIFFS**

v.                              Case No. 4:21-cv-00453-KGB

**LARRY JEGLEY, in his official capacity**
**as Prosecuting Attorney of Pulaski**
**County,** *et al.*                                                                                             **DEFENDANTS**

## ORDER

On June 14, 2021, plaintiffs Little Rock Family Planning Services, Planned Parenthood of Arkansas and Eastern Oklahoma, and Janet Cathey, M.D., filed a motion for temporary restraining order and/or preliminary injunction (Dkt. No. 12). On June 21, 2021, the Court entered an Order and Notice of Hearing and directed that, if the parties request a hearing or the Court determines that a hearing on the motion will benefit the Court, the Court will hold a hearing on plaintiffs' motion for temporary restraining order and/or preliminary injunction on Thursday, July 8, 2021 (Dkt. No. 16). On June 22, 2021, counsel for defendants informed the Court *via* electronic mail that defendants do not plan to request a hearing on the motion. On June 28, 2021, defendants filed their response to plaintiffs' motion (Dkt. No. 22). Also on June 28, 2021, counsel for plaintiffs informed the Court *via* electronic mail that plaintiffs will not be requesting a hearing on the motion.

The Court, having reviewed the record before it and considering the parties' representations regarding the hearing, concludes that a hearing on plaintiff's motion for temporary restraining order and/or preliminary injunction likely will not benefit the Court. Accordingly, the Court removes the hearing on the motion from the calendar for July 8, 2021.

So ordered this 30th day of June, 2021.

_____
Kristine G. Baker
United States District Judge