IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LARRY JEGLEY, *et al.*, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 4:21-cv-00453-KGB |

**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF PROCEDURE 41(a)(2)**

Plaintiffs Little Rock Family Planning Services ("LRFP"), Planned Parenthood of Arkansas & Eastern Oklahoma ("PPAEO"), and Dr. Janet Cathey, on behalf of themselves and their patients ("Plaintiffs"), move the Court under Federal Rule of Civil Procedure 41(a)(2) for dismissal of this action without prejudice and without costs.

On June 24, 2022, the Supreme Court issued its opinion in *Dobbs v. Jackson Women's Health Org.*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022) ("*JWHO*"), overturning *Roe v. Wade*, 410 U.S. 113 (1973), and finding no constitutional right to abortion. This decision constitutes a substantial sea change in federal constitutional law requiring Plaintiffs to reevaluate their claims. As detailed more fully in the accompanying Memorandum of Law, Plaintiffs present a proper explanation for their desire to dismiss the Verified Complaint without prejudice. Given that this case remains in early stages of litigation, with no discovery or pending dispositive motions, such dismissal would not result in a waste of this Court's judicial time and effort nor in any prejudice the defendants.

Accordingly, and for the reasons set forth in the accompanying Memorandum of Law,

Plaintiffs' respectfully request that this Court enter an order dismissing this action without prejudice and without costs.

Dated: July 6, 2022

Respectfully submitted,

O'MELVENY & MYERS LLP

Leah Godesky*
1999 Avenue of the Stars
Los Angeles, California 90067
lgodesky@omm.com
Tel: (301) 246-8501

Kendall Turner*
1625 Eye St. NW
Washington, DC 20006
kendallturner@omm.com
Tel: (202) 383-5300

*Attorneys for Plaintiffs LRFP, PPAEO & Janet Cathey, M.D.*

Susan Lambiase*
Planned Parenthood Federation of America
123 William St., 9th Fl.
New York, NY 10038
susan.lambiase@ppfa.org
Tel: (212) 261-4405

*Attorney for Plaintiffs PPAEO and Janet Cathey, M.D.*

\* *Motion for admission pro hac vice granted*

/s/ Meagan Burrows
Meagan Burrows*
Rebecca Chan*
Brigitte Amiri*
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10004
mburrows@aclu.org
rebeccac@aclu.org
bamiri@aclu.org
Tel: (212) 549-2601

*Attorneys for Plaintiff LRFP*

Brooke-Augusta Ware (AR Bar No. 2004091)
Cordell & Cordell, PLC
415 N. McKinley Street, Suite 310
Little Rock, AR 72205
bware@cordelllaw.com
Tel: (501) 777-3788

Breean Walas (AR Bar No. 2006077)
Walas Law Firm, PLLC
P.O. Box 4591
Bozeman, MT 59772
breean@walaslawfirm.com
Tel: (501) 246-1067

*On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

*Attorneys for Plaintiffs LRFP, PPAEO & Janet Cathey, M.D.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all parties who have entered an appearance.

/s/ Meagan Burrows
Meagan Burrows