UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 21-2857        4:21-cv-00453-KGB

_____

Little Rock Family Planning Services, on behalf of itself and its patients; Planned Parenthood of Arkansas & Eastern Oklahoma, on behalf of itself and its patients, doing business as Planned Parenthood Great Plains; Janet R. Cathey, M.D. on behalf of herself and her patients

Plaintiffs - Appellees

v.

Larry Jegley, in his official capacity as Prosecuting Attorney of Pulaski County; Sylvia D. Simon, M.D. in her official capacity as Chairman of the Arkansas State Medical Board; Robert Breving, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Veryl D. Hodges, D.O., in his official capacity as officer/member of the Arkansas State Medical Board; John H. Scribner, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Elizabeth Anderson, in her official capacity as officer/member of the Arkansas State Medical Board; Rhys L. Branman, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Edward Gardner, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Rodney Griffin, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Betty Guhman, in her official capacity as officer/member of the Arkansas State Medical Board; Brian T. Hyatt, M.D.,in his official capacity as officer/member of the Arkansas State Medical Board; Timothy C. Paden, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Don R. Phillips, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; William L. Rutledge, M.D.,in his official capacity as officer/member of the Arkansas State Medical Board; David L. Staggs, M.D., in his official capacity as officer/member of the Arkansas State Medical Board; Jose Romero, in his official capacity as Secretary of the Arkansas Department of Health; Phillip Gilmore, Ph.D., M.S., M.H.A., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; J. Loy Bailey, in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Perry Amerine, O.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Marsha Boss, P.D., in her official capacity as officer/member of the Arkansas State Board of Health, and her successor in office; Lane Crider, P.E., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Brad Erney, D.M.D., P.L.C., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Melissa Faulkenberry, D.C., in her official capacity as officer/member of the Arkansas State Board of Health, and her successor in office; Anthony N. Hui, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Balan Nair, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Greg Bledsoe, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Stephanie Barnes Beerman, in her official capacity as officer/member of the Arkansas State Board of Health, and her successor in office; Glen Bryant, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Dwayne Daniels, M.D., in his official capacity as officer/member of the Arkansas State Board of Health,

and his successor in office; Darren Flamik, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; David Kiessling, D.P.M., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Carl Riddell, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Clay Waliski, in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Terry Yamauchi, M.D., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office; Donald Ragland, in her official capacity as officer/member of the Arkansas State Board of Health, and her successor in office; Susan Weinstein, D.V.M. in her official capacity as officer/member of the Arkansas State Board of Health, and her successor in office; James Zini, D.O., in his official capacity as officer/member of the Arkansas State Board of Health, and his successor in office

Defendants - Appellants

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:21-cv-00453-KGB)

------

## JUDGMENT

Before COLLOTON, BENTON and ERICKSON, Circuit Judges.

 In light of *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022), we grant the unopposed motion for summary reversal of the district court's preliminary injunction issued on July 20, 2021, and remand for further proceedings. The mandate shall issue forthwith.

July 26, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

------

  /s/ Michael E. Gans

# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 26, 2022

Mr. Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

      RE:  21-2857  Little Rock Fam Planning Svcs, et al v. Larry Jegley, et al

Dear Counsel:

      Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                              Michael E. Gans
                              Clerk of Court

CNL

Enclosure(s)

cc:     Ms. Brigitte Amiri
         Ms. Meagan M. Burrows
         Mr. Michael A. Cantrell
         Ms. Rebecca Chan
         Ms. Tammy H. Downs
         Ms. Leah Godesky
         Ms. Maryna O. Jackson
         Mr. Dylan L. Jacobs
         Ms. Susan Lambiase
         Ms. Kendall Turner
         Ms. Breean Walas
         Ms. Brooke-Augusta Ware

      District Court/Agency Case Number(s):   4:21-cv-00453-KGB

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 26, 2022 10:08 AM |
| **Subject:** | 21-2857 Little Rock Fam Planning Svcs, et al v. Larry Jegley, et al "judgment filed granting for miscellaneous relief" (4:21-cv-00453-KGB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/26/2022

| | |
|---|---|
| **Case Name:** | Little Rock Fam Planning Svcs, et al v. Larry Jegley, et al |
| **Case Number:** | 21-2857 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** In light of *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022), we grant the unopposed motion for summary reversal [5171259-3] of the district court's preliminary injunction issued on July 20, 2021, and remand for further proceedings. The mandate shall issue forthwith. STEVEN M. COLLOTON, DUANE BENTON and RALPH R. ERICKSON Adp June 2022 [5180711] [21-2857] (Casey Lee)

**Notice will be electronically mailed to:**

Ms. Brigitte Amiri, Senior Attorney: bamiri@aclu.org, ctejada@aclu.org
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Ms. Meagan M. Burrows: mburrows@aclu.org, fyitayew@aclu.org, cmichon@aclu.org
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov
Ms. Rebecca Chan: rebeccac@aclu.org, esawyer@aclu.org
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Leah Godesky: lgodesky@omm.com, leah-godesky-1685@ecf.pacerpro.com
Ms. Maryna O. Jackson: maryna.jackson@arkansasag.gov, monique.fleming@arkansasag.gov
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov
Ms. Susan Lambiase: susan.lambiase@ppfa.org, anjali.singapur@ppfa.org, reilly.johnson@ppfa.org, anushka.vakil@ppfa.org, gabriella.limon@ppfa.org
Ms. Kendall Turner: kendallturner@omm.com, hknoll@omm.com
Ms. Breean Walas: breean@walaslawfirm.com, walaslawfirm@gmail.com
Ms. Brooke-Augusta Ware: brooke@mannkemp.com

The following document(s) are associated with this transaction:

**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/CaseyLee_212857_5180711_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/26/2022] [FileNumber=5180711-0]
[5b1297088e2e99f149c35670caf1ce51210b2bde60a0a90541c009a494b168d5c65f45fca1262310cb4a5bd9aa35712041ec6665eada95fb93e014a72549ff2f]]
**Recipients:**

- Ms. Brigitte Amiri, Senior Attorney
- Mr. Nicholas J. Bronni
- Ms. Meagan M. Burrows
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Rebecca Chan
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Leah Godesky
- Ms. Maryna O. Jackson
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Ms. Susan Lambiase
- Ms. Kendall Turner
- Ms. Breean Walas
- Ms. Brooke-Augusta Ware

**Document Description:** Judgment
**Original Filename:** /opt/ACECF/live/forms/CaseyLee_212857_5180711_BlankJudgment_128.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/26/2022] [FileNumber=5180711-1]
[182e0415d0355975690e21d08375cd94b5e08efe8ebfd80d0e39e9c9f0de39e12ab025f8b201fb91c1916c17fe30a460573b597108904e46e9d2cdccc510695c]]
**Recipients:**

- Ms. Brigitte Amiri, Senior Attorney
- Mr. Nicholas J. Bronni
- Ms. Meagan M. Burrows
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Rebecca Chan
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Leah Godesky
- Ms. Maryna O. Jackson
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Ms. Susan Lambiase
- Ms. Kendall Turner
- Ms. Breean Walas
- Ms. Brooke-Augusta Ware

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5180711
**RELIEF(S) DOCKETED:**
  for miscellaneous relief
  Remanded
**DOCKET PART(S) ADDED:** 7083134, 7060469, 7083135, 7083136