IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK FAMILY PLANNING**
**SERVICES,** *et al.*                                                                                         **PLAINTIFFS**

v.                              Case No. 4:21-cv-00453-KGB

**LARRY JEGLEY, in his official capacity**
**as Prosecuting Attorney of Pulaski**
**County,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 39). Defendants do not oppose the motion (Dkt. No. 41). For good cause shown, the Court grants plaintiffs' motion (Dkt. No. 39). Plaintiffs' verified complaint for declaratory and injunctive relief is dismissed without prejudice and without costs (Dkt. No. 1). The Court denies as moot the motion to intervene filed by Concepts of Truth, Inc., and Dr. George Connor, III (Dkt. No. 17).

So ordered this 26th day of July, 2022.

_____
Kristine G. Baker
United States District Judge